# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMITILA LEMUS,<br><br>        Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | 1:07-cv-01773 TAG<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE OPENING BRIEF<br>(Doc. 13)<br><br>ORDER AMENDING SCHEDULING ORDER<br>(Doc. 6) |

On July 7, 2008, the parties, through their respective counsel, filed a stipulation and proposed order requesting an extension of time for Plaintiff Domitila Lemus to file her opening brief. (Doc. 13). The Court has considered the stipulation and makes the following order:

1. The request for an extension of time to file Plaintiff's opening brief is GRANTED;

2. Plaintiff shall have to and including Friday, August 8, 2008, to file her opening brief;

3. No further extensions of time to file the opening, responsive, or reply briefs will be granted, and Paragraph 14 of the Scheduling Order (Doc. 6) is amended accordingly.

IT IS SO ORDERED.

Dated:  **July 9, 2008**                                    **/s/ Theresa A. Goldner**
                                                                      UNITED STATES MAGISTRATE JUDGE